UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7239
(1:18-cv-00089-MR)

_____

JORDAN ANDREW JONES

        Plaintiff - Appellant

v.

GEORGE T. SOLOMON, Director of the North Carolina Department of Public Safety; W. DAVID GUICE, Commissioner of the North Carolina Department of Public Safety; FRANK L. PERRY, Secretary of the North Carolina Department of Public Safety; RANDY S. MULL, Disciplinary Hearing Officer for the North Carolina Department of Public Safety; MIKE BALL, Superintendent of Avery-Mitchell Correctional Institution; JASON M. PENLAND, Assistant Superintendent for Programs of Avery-Mitchell Correctional Institution; GREGORY P. TAYLOR, Assistant Superintendent for Custody and Operations of Avery-Mitchell Correctional Institution; TIM LAUGHRUN, Classification Coordinator of Avery-Mitchell Correctional Institution; REENE REEL, Captain designated Officer-in-Charge of Avery-Mitchell Correctional Institution; BONDY CARROLL, Correctional Sergeant for the Avery Unit of Avery-Mitchell Correctional Institution; MARTY COOPER; GILBERT LEWIS; STEPHEN P. CARPENTER; SCOTTY LOWERY; JOSEPH BUCHANAN; JOHN DOE, Captian or Lieuteant designated Officer-in-Charge of Avery-Mitchell Correctional Institution

        Defendants - Appellees

 and

FNU WILLIAMS, Inmate Grievance Examiner for the North Carolina Department of Public Safety; ELIZABETH D. WALLACE, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JASMINE

BELYEU, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JONNITA BAKER, Inmate Grievance Examiner for the North Carolina Department of Public Safety; JEFFREY A. DANIELS, Western Region Security Coordinator of the North Carolina Department of Public Safety; BRIAN WATSON, Special Affairs Captain of Avery-Mitchell Correctional Institution; ADRIAN Z. CROWE, Unit Manager for the Avery Unit of Avery-Mitchell Correctional Institution; BRYAN DALE JOHNSON, Unit Manager for the Watauga Unit of Avery-Mitchell Correctional Institution; FNU CORNETT, Unit Manager for Yancey Unit of Avery-Mitchell Correctional Institution; JAMES C. WALDROOP, Assistant Unit Manager for the Avery Unit of Avery-Mitchell Correctional Institution; ROBIN HUDGINS, Assistant Unit Manager for Watauga Unit of Avery-Mitchell Correctional Institution; MARK RANDALL GEOUGE, Assistant Unit Manager for Yancey Unit of Avery-Mitchell Correctional Institution; TYLER STOCKTON, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution; FNU BANKS, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution; FNU BALL, Correctional Officer for the Avery Unit of Avery-Mitchell Correctional Institution

    Defendants

_____

O R D E R

_____

    The court grants the motion to withdraw James M. Burnham from further representation on appeal.

           For the Court--By Direction

           /s/ Patricia S. Connor, Clerk